| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 24-MJ-623STE |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00200-JNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Cody Dodson | Western District of Oklahoma | Lawton |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Shon T. Erwin, United States Magistrate Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM October 9, 2024 | TO October 8, 2025 |

OFFENSE
Drive while under influence, in violation of 18:13,7(47OS11-902(A)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Oklahoma

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Western District of Washington   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

**Oct 29, 2024**
Date

*signature*
SHON T. ERWIN, U.S. Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Washington

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 6, 2024
Effective Date

*signature*
United States District Judge
Jamal N. Whitehead

1